UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAIME REYES,<br><br>                     Plaintiff,<br><br>v.<br><br>7-ELEVEN, INC., et al.,<br><br>                    Defendants. | Case No.: 20cv339-MMA-LL<br><br>**ORDER CONFIRMING SETTLEMENT AND SETTING DEADLINE TO FILE JOINT MOTION FOR DISMISSAL** |

In a notice of settlement dated July 15, 2020, counsel for Plaintiff informed the Court that a settlement has been reached. ECF No. 10. Because the case has settled, all other pending dates before Magistrate Judge Lopez are hereby vacated, including the Early Neutral Evaluation and Case Management Conference set for July 15, 2020 at 1:30 p.m. Any matters currently scheduled before the District Judge shall remain in effect pending notice from that court.

The parties are ordered to file their joint motion for dismissal of this case, signed by counsel of record and any unrepresented parties, no later than **August 21, 2020**. A proposed order on the joint motion for dismissal must be e-mailed to the district judge's chambers[1]

---

[1] The proposed order shall be e-mailed pursuant to section 2(h) of the United States District Court for the Southern District of California's Electronic Case Filing Administrative

on the same day. If the signed joint motion for dismissal is timely filed, the parties and attorneys are not required to make any further appearances before Judge Lopez.

If the fully executed joint motion for dismissal is not filed by **August 21, 2020**, then all counsel of record and unrepresented parties are required to appear in person for a Settlement Disposition Conference. The Settlement Disposition Conference will be held on **September 1, 2020** at **9:30 a.m.** in **Courtroom 2B**.

If counsel of record or any unrepresented party fails to appear at the Settlement Disposition Conference, or the parties fail to file the signed joint motion for dismissal in a timely manner, the Court will issue an order to show cause why sanctions should not be imposed for failing to comply with this Order.

**IT IS SO ORDERED**.

Dated:  July 15, 2020

_____
Honorable Linda Lopez
United States Magistrate Judge

---

Policies and Procedures Manual, available at www.casd.uscourts.gov.