**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JAIME REYES,<br><br>                              Plaintiff,<br><br>vs.<br><br>7-ELEVEN, INC., et al,<br><br>                              Defendants. | Case No. 3:20-cv-00339-MMA-LL<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS**<br><br>[Doc. No. 12] |

On August 12, 2020, Plaintiff Jaime Reyes and Defendant 7-Eleven, Inc. filed a Joint Motion to Dismiss with Prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).  *See* Doc. No. 12.  Upon due consideration, good cause appearing, the Court **GRANTS** the parties' joint motion and **DISMISSES** this action in its entirety with prejudice.[1]  Each party will bear their own attorneys' fees and costs.

---

[1] The Court notes that despite the parties' previous representation that all defendants were served with the summons and complaint, *see* Doc. No. 9 at 2, Defendant "Byron F White 2001 Revocable Trust 08-08-02" has not yet

1

The Court **DIRECTS** the Clerk of Court to close the case.

**IT IS SO ORDERED**.

DATE: August 13, 2020

HON. MICHAEL M. ANELLO
United States District Judge

---

appeared in this action and is not a signatory to the instant joint motion to dismiss.  Nevertheless, because Plaintiff is clearly requesting that this action be dismissed "entirely as to all parties," Doc. No. 12 at 1, the Court construes the joint motion as requesting dismissal of this action in its entirety as to all defendants.